# Exhibit 2

# 2025-00577 / Court: 190

CAUSE NO. _____

| | | |
|---|---|---|
| JOSE MALDONADO, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARCY BRYAN CROFT, ROC NATION, | § | |
| LLC, MJ LEGAL, P.A., JESSICA SANTIAGO, | § | |
| QUINN EMANUEL URQUHART & | § | |
| SULLIVAN, LLP, | § | |
| | § | |
| *Defendants.* | § | _____ DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY
## AND CONSPIRACY TO COMMITT BARRATRY

Plaintiff files this Original Petition against Defendants Marcy Bryan Croft, MJ Legal, P.A., Investigator Jessica Santiago, Roc Nation, LLC, and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), seeking damages, and respectfully shows this Honorable Court the following:

Defendants have conspired to obstruct justice by engaging shadowy operatives to illegally seek out more than two dozen[1] current and former clients of The Buzbee Law Firm to convince those clients to bring frivolous cases against The Buzbee Law Firm. Defendant Roc Nation is financing the effort. Attorneys, Marcy Croft and Quinn Emanuel, are orchestrating the effort. In some cases, Defendants' agents pretend to work for the State of Texas and have flashed fake badges.[2] Soliciting clients is a crime in the State of Texas. Paying individuals to file false claims is unethical and criminal in the State of Texas. Impersonating a state official is also a crime in Texas. In at least one case, Defendants' agents offered as much as $10,000 to a former client of

---

[1] Exhibit 1. Transcript between Jessica Santiago and ex-client Gerardo Garcia. "Exactly, we have like 70 people that are in this class action, and there will be more. You are on the list but we have other people too. Today I'm visiting with you, and with 3 more people who will sign up to be in the lawsuit. And it will increase daily. We have more pages with people. I don't know how many but there are many. And if there are more people in the class action, that is better for you, because that means you will collect something."

[2] Exhibit 1. Transcript between Jessica Santiago and Gerardo Garcia. "We are from the state."

the Buzbee Law Firm to sue the firm.[3]  Unfortunately for the Defendants, their agents are not very smart, or careful. Their agents were caught on audiotape, red handed. Not knowing they were being recorded, Defendant's agents admitted that Defendant Marcy Croft,[4] a licensed Texas lawyer and member of "Team Roc," was orchestrating the effort, and in another recording those agents described the criminal conspiracy in great detail, going so far to admit that the lawsuits would be reported in the press, and that some former clients had already accepted money to join the effort.[5]

Roc Nation and Jay Z are synonymous. Jay Z is founder and Chairman of Roc Nation. At the same time the illegal conduct described herein continues, The Buzbee Law Firm is pursuing claims on behalf of at least one client against Jay Z in New York Federal Court. And, as a result of that client's claims, Jay Z sued the Buzbee Law Firm in Los Angeles state court. Defendant Quinn Emanuel, who represents Jay Z in both cases, and who also frequently represents Roc Nation, denied in open court and in the press involvement in the scheme described herein.[6] **That denial was a bold-faced LIE.** Again, due to their own sloppiness, one of Quinn Emmanuel's own partners admitted as much in a public filing. The illegal effort described here, which Roc Nation is funding, and Defendant Croft and Defendant Quinn Emanuel are orchestrating, is intended to

---

[3] Exhibit 2. Affidavit of Skylar Taylor; Exhibit 3. Affidavit of Shannon Champagne. The Defendants were aggressive. "These men offered me money to sign on as a client with them. Specifically. they offered me $10,000 in exchange for signing with them as a client.". Affidavit of Shannon Champagne. Defendants' scheme has been successful in two instances thus far. Two cases have been filed to date—both utterly frivolous and patently false. Both will undoubtedly needlessly subject the former Buzbee Law Firm clients to fees and expenses, and will result in bar action against the law firms who accepted referrals of the cases from Defendant Marcy Croft. Croft, of course, will also be subject to bar complaints. Her conduct is despicable and criminal, despite being mandated by her client and self-described benefactor Roc Nation.

[4] Defendant Roc Nation routinely employs the law firm of Quinn Emanuel. Quinn Emanuel is also the law firm representing Jay-Z in the case he filed against the Buzbee Law Firm in Los Angeles, as well as a case where Jay Z was sued by a client of the Buzbee Law Firm in New York. Defendant Marcy Croft has a long association with Quinn Emanuel and Roc Nation.

[5] At least two cases have been filed so far as a result of this effort. The allegations in each are tailored to embarrass The Buzbee Law Firm, including absolute false and salacious allegations that have nothing to do with the underlying patently false legal claims. Each of these cases were orchestrated by the Defendants herein.

interfere with The Buzbee Law Firm's ability to represent its clients, and offer pertinent evidence to authorities.

Defendants' scheme is summarized in the following recording transcript:

*What we're trying to do is, we are trying put this thing together for the company that we're working for--*

*We could get you paid, . . . you could get money right soon, you know?*

*We gave this kid 1,000 bucks to start yesterday just to get him on the right path.*

*At the end of the day, this is going to go through the courts, Buzbee is getting sued . . ." Exhibit 4 . Page. 6.*

As part of their scheme, Defendants attempted to use the Plaintiff herein as a pawn. On behalf of Defendant Marcy Croft, two individuals attempted to call Plaintiff many times. They then went to what they believed was Plaintiff's home. They actually went to his father's home. They identified themselves as federal officers. When they realized they had the wrong house, they continued to contact Plaintiff. They were pushy. They then told him he had to talk to them, because they were with the State. They told him that they were putting together a lawsuit on behalf of Defendant Marcy Croft and the company she was working for, and that she would assign his case to someone who could get him a lot of money. Rather than go along with their illegal efforts, the Plaintiff contacted his lawyers at the Buzbee Law Firm. He now files suit for barratry, both a crime and a civil action it the State of Texas. This is just one of multiple cases to be filed by Plaintiffs who have been illegally solicited by investigators working as part of a cabal headquartered in New York City.

Defendants have a long history of the type of abusive and egregious conduct described herein. Because they have gotten away with it for so long, Defendants think they can come down

to Texas and do whatever they choose with impunity. They are wrong. Their behavior will have consequences, both civilly and criminally.

<b>I.</b><br/><b><u>PARTIES</u></b>

Plaintiff is a resident of Texas and Harris County.

Defendant Marcy Bryan Croft is a Texas licensed attorney, and a self-admitted member of "Team Roc." She can be served through the Texas Secretary of State at her office at 1501 Jacksonian Plaza 12159, Jackson, MS 39211. Marcy's connection with Defendants Roc Nation and Quinn Emanuel is plainly demonstrated below:

MARCYBCROFT
**< Posts Follow**

#RocNation @teamroc @yogotti #cut50
January 28, 2020

 **marcybcroft** **Follow** ···
Parchman, Mississippi

 **Maron Marvel Bradley Anderson & Ta...**
634 followers
7m · 🌐

Maron Marvel Bradley Anderson & Tardy LLC
has been retained by Alex Spiro, Jay-Z, and
RocNation in the lawsuit filed on behalf of
mistreated inmates over inhumane conditions at
Parchman Prison.  Maron Marvel shareholder,
Marcy Croft will serve as lead Mississippi
Counsel.

https://lnkd.in/gu_Pg6M



♡ **30** 💬 **3** ✈ 🔖

**marcybcroft** It's an honor and a privilege
to work on such a worthy cause. The
situation at Parchman is an on... more
January 26, 2020

    

Unofficial Copy Office of Madison Business District Clerk

February 29, 2020

 **marcybcroft**    Follow  ···

 **Marcy Bryan Croft**
2 mins · 🌐

Amazing work! We are very proud to be a small part of this great team!! Thank you **#RocNation** and **#TeamRoc** for all that you do.



NYTIMES.COM
**Jay-Z Takes on the Super Bowl**
Why are Roc Nation and the N.F.L. doing busin

♡ 26  💬  ➤           🔖

**marcybcroft** Thank you #RocNation and @teamroc for all that you do!! https://www.nytimes.com/2020/02/01... more

February 1, 2020

    

Unofficial Copy Office of Des Moines District Clerk

marcybcroft                    Follow    ...

teamroc                                   ...

Unofficial Copy Office of New Mexico Enos District Clerk

## THE OFFICIAL AND ONLY LAW FIRMS IN MISSISSIPPI AUTHORIZED BY TEAM ROC TO HANDLE MATTERS OF MISSISSIPPI PRISON REFORM ARE

MARON MARVEL BRADLEY ANDERSON & TARDY LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP

REEDSMITH LLP

HELP@MSPRISONREFORMNOW.COM

## TEAM ROC

♡ 24   ◯   ◁                              ⊓

**marcybcroft** Thanks, @teamroc ! We appreciate everything you are doing to help Mississippi and hold #MDOC... more

January 29, 2020

marcybcroft                    Follow    ...

Defendant MJ Legal, P.A., is a business corporation and law firm performing legal services in Texas. This Defendant can be served through the Texas Secretary of State at her office via personal service to March Bryan Croft at 1501 Jacksonian Plaza 12159, Jackson, MS 39211.

Defendant Roc Nation, LLC is a limited liability company organized in Delaware and headquartered in New York. This Defendant can be served through the Texas Secretary of State via registered agent at C/O Corporate Creations Network, Inc., 600 Mamaroneck Avenue #400, Harrison, New York 10528.

Defendant Quinn Emanuel Urquhart & Sullivan, LLP is a limited liability partnership which may be served at its Houston office located at 700 Louisiana Street, Suite 3900, Houston, Texas 77002. Quinn Emanuel frequently represents Roc Nation and currently represents Jay-Z in a lawsuit against the Buzbee Law Firm.

Defendant Jessica Santiago is a resident of Harris County, Texas, and can be served via personal service at her home address in Harris County, or wherever she may be found.

## II.
## VENUE AND JURISDICTION

Venue is proper in Harris County, Texas pursuant to Section 15.002(a)(1) of the Texas Civil Practices and Remedies Code because all or a substantial part of the events or omissions giving rise to the claims occurred in Harris County, Texas.

The Court has subject matter jurisdiction because the amount in controversy is within the jurisdictional limits of this Court. Moreover, all of the incidents in question occurred in Harris County.

### III.
### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169, because Plaintiff requests injunctive relief and Plaintiff seeks monetary relief over $100,000.

### IV.
### FACTS

On behalf of two clients, Tony Buzbee and the Buzbee Law Firm ("Firm") sent demand letters to Shawn "Jay Z" Carter's attorneys in New York. The letters made no monetary demand. They only sought a confidential sit down to discuss the clients' allegations. In response to the two letters, Defendant Quinn Emanuel filed suit against the Buzbee Law Firm on behalf of "John Doe." That suit alleged that the Firm was trying to extort "John Doe," who they later admitted was in fact Shawn "Jay Z" Carter." That lawsuit was, and is, frivolous, and will be dismissed.

Several weeks later, the Buzbee Law Firm, on behalf of one of the clients who sent a demand letter, filed a lawsuit against Mr. Carter. At or around that time, Defendants' conspiracy began. As part of that conspiracy, current and former clients of The Buzbee Law Firm began receiving solicitations from investigators aggressively encouraging current and former clients to sue the Firm. The investigators used burner phones. Many times the investigators used fake names, or flashed badges or credentials but would not let the clients actually see them. During some of the contacts, the investigators were pushy, and in at least two, they pretended to be acting on behalf of the State of Texas. One claimed to be a "federal agent." Several of these calls or contacts were caught on either camera or tape. In each instance, the investigators were careful not to disclose on whose behalf they were working. For good reason. The Defendants in this case did not want to disclose their participation in the flagrant violation of Texas law. Indeed, these Defendants openly

and brazenly violated Texas' criminal laws dozens of times. (Defendant Quinn Emmanuel, of course, has now copped to the scheme.)

One such target of Defendant's solicitation was Plaintiff Jose Maldonado. Mr. Maldonado is a resident of Harris County. He was the Plaintiff in a Jones Act Lawsuit filed on his behalf in 2020 by The Buzbee Law Firm. His case was tried, but ended in a mistrial due to juror misconduct. His case then settled in May of 2023. He was happy with his settlement, and has no complaints with the Buzbee Law Firm. Throughout the week of December 16, 2024, Mr. Maldonado was contacted multiple times out of the blue by two "investigators." In several phone calls, and even unannounced visits to the home of Mr. Maldonado's father, these "investigators" attempted to illegally sway Mr. Maldonado. They identified themselves as federal agents. This contact was an illegal solicitation and was made on behalf of and as part of a conspiracy involving Defendants Croft, Roc Nation, and Quinn Emanuel. One of these investigators identified herself as Jessica Santiago. The other identified himself as Gregory Thomas.

After showing up to Mr. Maldonado's father's home, they started calling Mr. Maldonado directly. They asked Mr. Maldonado if he was unhappy with his representation from the Buzbee Law Firm and whether they could see his settlement documents. They were pushy. They followed this up by explaining to him that they were with the State/Feds but could connect him with a private lawyer so he could sue the Buzbee Law Firm. They told Maldonado several times that there was "money in this for you."

These investigators admitted that they were working for an attorney named Marcy Croft at the law firm MJ Legal, P.A. Defendant Marcy Croft is an attorney in Jackson, Mississippi. Defendant MJ Legal is the law firm Ms. Croft purportedly owns. Ms. Croft advertises herself as a member of "Team Roc." Moreover, Ms. Croft advertises that she has become "actively involved

with criminal justice reform and prison reform alongside Roc Nation's philanthropic arm, Team Roc." She further advertises herself as being involved in "numerous litigation actions pending on behalf of Team Roc, families, and hundreds of incarcerated men." Marcy Croft has worked with Roc Nation for years, alongside Quinn Emanuel's Alex Spiro. Spiro and Quinn Emanuel are currently opposing the Buzbee Law Firm in at least two cases.

V.

**CAUSES OF ACTION**

**A. BARRATRY/SOLICITATION: TEXAS PENAL CODE SEC. 38.12 – ALL DEFENDANTS**

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendant Roc Nation, LLC in conspiracy with Quinn Emanuel orchestrated and instructed Defendants Croft and MJ Legal to send agents (private investigators) in Texas to the homes of the Firm's clients and ex-clients who were also in Texas. One of those clients was Plaintiff Jose Maldonado. Once there, these agents/investigators solicited employment for Defendant Croft and Defendant MJ Legal. Each of these Defendants offered money to Plaintiff to hire Defendant Croft and sue the Firm. To add insult to injury, these investigators sent by Defendants acted as if they were government officials or police officers, even going so far as to brandish a badge and tell Mr. Maldonado they were federal agents.

Defendant Roc Nation is knowingly financing the commission of these criminal offenses, and is therefore guilty of same. Quinn Emanuel is assisting in the conspiracy, and has publicly lied about its involvement, and has also had its lawyers lie directly to a state court judge in Texas about its involvement.

**B. CIVIL CONSPIRACY – ALL DEFENDANTS**

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants make up more than two persons who sought to accomplish a goal of committing barratry and soliciting clients to sue the Firm. All Defendants had a meeting of the minds on this organized criminal conduct, and then took many unlawful acts to accomplish this criminal conduct. As a result, Plaintiff suffered damages in an amount to be proven at trial.

Because Defendants' conduct was committed with actual malice, Plaintiff seeks exemplary damages against Defendants.

## C. <u>PUNITIVE DAMAGES</u>

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants' conduct was committed with actual malice, and, as such, Plaintiff seeks exemplary damages against Defendants.

Moreover, because this involves the violation of a criminal statute, no damage caps are applicable to Plaintiff's damages.

As a proximate result of Defendants' conduct, Plaintiff has suffered damages in an amount to be proven at trial.

## VI.
## <u>DAMAGES</u>

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff suffered injury. Plaintiff seeks the following damages pursuant to Texas law:

A. Compensatory damages in an amount to be proven at trial;

B. Consequential and special damages in an amount to be proven at trial;

C. Exemplary damages;

D. Interest on damages (pre- and post-judgment) in accordance with law;

E. Costs of court;

F. Attorneys' fees; and

G. Such other and further relief to which Plaintiff is entitled.

## VII.
## DEMAND FOR JURY

Plaintiff respectfully demands a jury trial on those issues where appropriate.

## VIII.
## CONCLUSION AND PRAYER

Upon trial of this matter, Plaintiff respectfully prays for judgment as follows:

a. The Court enter judgment in favor of Plaintiff for compensatory and punitive damages as permitted by law;

b. Such other relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

## THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
David C. Fortney
State Bar No. 24068740
dfortney@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**



# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2025-00577        **CURRENT COURT:** 190th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 1/3/2025        Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Jessica Santiago

Address of Service:

City, State & Zip:

Agent (if applicable)

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**   Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by CONSTABLE**
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**
- [x] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Anthony G. Buzbee    Bar # or ID  24001820

Mailing Address: 600 Travis Street, Suite 7500, Houston, TX 77002

Phone Number: 713-223-5393

Unofficial Copy Office of Marilyn Burgess District Clerk

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**Request for Issuance of Service**

**CASE NUMBER:** 2025-00577    **CURRENT COURT:** 190th

Name(s) of Documents to be served: Plaintiff's Original Petition

**FILE DATE:** 1/3/2025    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Marcy Bryan Croft

Address of Service: 1501 Jacksonian Plaza 12159

City, State & Zip: Jackson, MS 39211

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- ☑ **Citation**
- ☐ **Citation by Posting**
- ☐ **Citation by Publication**
- ☐ **Citations Rule 106 Service**
- ☐ **Citation Scire Facias**   Newspaper_____
- ☐ **Temporary Restraining Order**
- ☐ **Precept**
- ☐ **Notice**
- ☐ **Protective Order**
- ☐ **Secretary of State Citation ($12.00)**
- ☐ **Capias** (not by E-Issuance)
- ☐ **Attachment** (not by E-Issuance)
- ☐ **Certiorari**
- ☐ **Highway Commission/Texas Department of Transportation ($12.00)**
- ☐ **Commissioner of Insurance ($12.00)**
- ☐ **Hague Convention ($16.00)**
- ☐ **Garnishment**
- ☐ **Habeas Corpus** (not by E-Issuance)
- ☐ **Injunction**
- ☐ **Sequestration**
- ☐ **Subpoena**
- ☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- ☐ **ATTORNEY PICK-UP** (phone) _____
- ☑ **E-Issuance by District Clerk** (No Service Copy Fees Charged)
- ☐ **MAIL to attorney at:** _____
- ☐ **CONSTABLE**
- ☐ **CERTIFIED MAIL by CONSTABLE**
- ☐ **CERTIFIED MAIL by DISTRICT CLERK**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Anthony G. Buzbee    Bar # or ID   24001820

Mailing Address: 600 Travis Street, Suite 7500, Houston, TX 77002

Phone Number: 713-223-5393

### Request for Issuance of Service

**CASE NUMBER:** 2025-00577          **CURRENT COURT:** 190th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 1/3/2025          Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** MJ Legal, P.A.

**Address of Service:** 1501 Jacksonian Plaza 12159

**City, State & Zip:** Jackson, MS 39211

**Agent (if applicable)** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**     Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [x] **E-Issuance by District Clerk** **(No Service Copy Fees Charged)**
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by CONSTABLE**
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Anthony G. Buzbee     Bar # or ID 24001820

Mailing Address: 600 Travis Street, Suite 7500, Houston, TX 77002

Phone Number: 713-223-5393

### Request for Issuance of Service

**CASE NUMBER:** 2025-00577    **CURRENT COURT:** 190th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 1/3/2025    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Quinn Emanuel Urquhart & Sullivan, LLP

Address of Service: 700 Louisiana Street, Suite 3900

City, State & Zip: Houston, Texas 77002

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by CONSTABLE**
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**
- [x] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**
  *Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Anthony G. Buzbee    Bar # or ID 24001820

Mailing Address: 600 Travis Street, Suite 7500, Houston, TX 77002

Phone Number: 713-223-5393

### Request for Issuance of Service

**CASE NUMBER:** 2025-00577    **CURRENT COURT:** 190th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 1/3/2025    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Roc Nation, LLC

Address of Service: 600 Mamaroneck Avenue #400

City, State & Zip: Harrison, New York 10528

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [x] **E-Issuance by District Clerk** **(No Service Copy Fees Charged)**
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by CONSTABLE**
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**

**Note:** The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
- [ ] **OTHER,** explain _____

**Issuance of Service Requested By:** Attorney/Party Name: Anthony G. Buzbee    Bar # or ID    24001820

Mailing Address: 600 Travis Street, Suite 7500, Houston, TX 77002

Phone Number: 713-223-5393

CAUSE NO. 202500577

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1012604
TRACKING #: 74425508

| | |
|---|---|
| Plaintiff: MALDONADO, JOSE | In The 190th |
| | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: CROFT, MARCY BRYAN, ROC NATION, LLC, MJ LEGAL, PA, SANTIAGO, JESSICA, QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| | Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

**To:   CROFT, MARCY BRYAN**
         1501 JACKSONIAN PLAZA 12159
         JACKSON, MS 39211

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY AND CONSPIRACY TO COMMITT BARRATRY

This instrument was filed on 1/9/2025 12:00:00 AM, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on January 9, 2025, under my hand and seal of said court.

Issued at the request of:
BUZBEE, ANTHONY GLENN
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Bar Number: 24001820

Generated By: JAROD STIRRUP

Tracking Number: 74425508

**CAUSE NUMBER: 202500577**

| | |
|---|---|
| PLAINTIFF: MALDONADO, JOSE | In the 190th |
| vs. | Judicial District Court of |
| DEFENDANT: CROFT, MARCY BRYAN, ROC NATION, LLC, MJ LEGAL, PA, SANTIAGO, JESSICA, QUINN EMANUEL URQUHART & SULLIVAN, LLP | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____. Executed at

(Address)_____

_____ in _____ County at o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20___.

Fees $_____

_____          By_____
                    Affiant                                                      Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___.

_____
                    Notary Public

**CAUSE NUMBER: 2025-00577**

**JOSE MALDONADO**
**PLAINTIFF**

**VS.**                                    **IN THE 190TH JUDICIAL DISTRICT**
                                          **COURT OF HARRIS COUNTY, TEXAS**

**MARCY BRYAN CROFT, ET AL.**
**DEFENDANT**

**RETURN OF SERVICE**

My name is **ANDREW SWATZELL**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A.

ON **Thursday January 09, 2025 AT 04:19 PM - , TWO DUPLICATE COPIES OF CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY AND CONSPIRACY TO COMMITT BARRATRY; AND $55 JURISDICTIONAL FEE** came to hand for service upon **MARCY BRYAN CROFT BY SERVING THE TEXAS SECRETARY OF STATE**.

On **Friday January 10, 2025** at **03:00 PM -** The above named documents were hand delivered to: **MARCY BRYAN CROFT BY SERVING THE TEXAS SECRETARY OF STATE @ 1019 BRAZOS STREET**, **AUSTIN**, **TX 78701**, **in Person.** By delivering to Michelle Robinson, Authorized Person.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                              DECLARATION

"My name is **ANDREW SWATZELL,** my date of birth is 11/24/1983 my business address is  1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A., and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Friday January 10, 2025**

**PSC#18592 EXP. 09/30/26**
Declarant; Appointed in accordance with State Statutes.

                                          2025.01.971058

efile@courtrecords.com

1/13/2025 9:39 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 96125428
By: Tammy Tolman
Filed: 1/13/2025 9:39 AM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1012604
TRACKING #: 74425512

| | |
|---|---|
| Plaintiff: MALDONADO, JOSE | In The 190th |
| | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: CROFT, MARCY BRYAN, ROC NATION, LLC, MJ LEGAL, PA, SANTIAGO, JESSICA, QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| | Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:  **MJ LEGAL P A**
 1501 JACKSONIAN PLAZA 12159
 JACKSON, MS 39211

   Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY AND CONSPIRACY TO COMMITT BARRATRY

This instrument was filed on 1/9/2025 12:00:00 AM, in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on January 9, 2025, under my hand and seal of said court.

Issued at the request of:
BUZBEE, ANTHONY GLENN
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Bar Number: 24001820

Generated By: JAROD STIRRUP

Tracking Number: 74425512

**CAUSE NUMBER: 202500577**

PLAINTIFF: MALDONADO, JOSE

    vs.

DEFENDANT: CROFT, MARCY BRYAN, ROC NATION, LLC, MJ
LEGAL, PA, SANTIAGO, JESSICA, QUINN EMANUEL
URQUHART & SULLIVAN, LLP

In the 190th

Judicial District Court of

Harris County, Texas

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M. On the _____ day of _____, 20_____.
Executed at

(Address)_____

_____ in _____ County at o'clock ____. M. On the _____ day of
_____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this
Citation together with the accompanying _____ copy (ies) of the _____. Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____,
20___.

Fees $_____

_____          By_____
            Affiant                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that
this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___.

_____

Unofficial Copy Office of Marilyn Burgess District Clerk

Notary Public



JOSE MALDONADO
PLAINTIFF

VS.

**IN THE 190TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS**

MARCY BRYAN CROFT, ET AL.
DEFENDANT

## RETURN OF SERVICE

My name is **ANDREW SWATZELL**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A.

ON **Thursday January 09, 2025 AT 04:19 PM -** , **TWO DUPLICATE COPIES OF CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY AND CONSPIRACY TO COMMITT BARRATRY; AND $55 JURISDICTIONAL FEE** came to hand for service upon **MJ LEGAL PA BY SERVING THE TEXAS SECRETARY OF STATE**.

On **Friday January 10, 2025** at **03:00 PM -** The above named documents were hand delivered to: **MJ LEGAL PA BY SERVING THE TEXAS SECRETARY OF STATE @ 1019 BRAZOS STREET**, **AUSTIN, TX 78701**, **in Person.** By delivering to Michelle Robinson, Authorized Person.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                    DECLARATION

"My name is **ANDREW SWATZELL,** my date of birth is 11/24/1983 my business address is  1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A., and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Friday January 10, 2025**

**PSC#18592 EXP. 09/30/26**
Declarant; Appointed in accordance with State Statutes.

2025.01.971064

efile@courtrecords.com

CAUSE NO. 202500577

COPY OF PLEADING PROVIDED BY PLT

**RECEIPT No: 1012604**
**TRACKING #: 74425515**

Plaintiff: MALDONADO, JOSE

vs.

Defendant: CROFT, MARCY BRYAN, ROC NATION, LLC, MJ
LEGAL, PA, SANTIAGO, JESSICA, QUINN EMANUEL
URQUHART & SULLIVAN, LLP

In The 190th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:  **ROC NATION LLC**
600 MAMARONECK AVENUE #400
HARRISON, NY 10528

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 1/9/2025 12:00:00 AM, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on January 9, 2025, under my hand and seal of said court.

Issued at the request of:
BUZBEE, ANTHONY GLENN
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393

Bar Number: 24001820

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: JAROD STIRRUP

**CAUSE NUMBER: 2025-00577**

**JOSE MALDONADO**
**PLAINTIFF**

**VS.**                                    **IN THE 190TH JUDICIAL DISTRICT**
                                          **COURT OF HARRIS COUNTY, TEXAS**

**MARCY BRYAN CROFT, ET AL.**
**DEFENDANT**

**RETURN OF SERVICE**

My name is **GORDON W. HANNA**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Friday January 17, 2025 AT 04:41 PM - SUBPOENA TO PRODUCE DOCUMENTS**, **EXHIBIT "A"; $1.00 WITNESS FEE** came to hand for service upon **JOSE OSCAR BERMUDEZ**.

On **Sunday January 19, 2025** at **09:17 AM -** The above named documents were hand delivered to: **JOSE OSCAR BERMUDEZ @ 1116 VINCE ST**, **PASADENA, TX 77506**, **in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                          DECLARATION

"My name is **GORDON W. HANNA,** my date of birth is 06/17/1967 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Monday January 20, 2025**

_Gordon W. Hanna_ _____

**PSC#SCH569 EXP. 01/31/27**
Declarant; Appointed in accordance with State Statutes.

                                          2025.01.974016

efile@courtrecords.com

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE

SUBPOENA DUCES TECUM
PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 176 T.R.C.P.

CAUSE NUMBER: 2025-00577

JOSE MALDONADO

IN THE 190TH JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS

VS.

MARCY BRYAN CROFT, ET AL.

You are hereby commanded to summon Jose Oscar Bermudez 1116 Vince St., Pasadena, TX 77506 to produce the following VIDEOS to THE BUZBEE LAW FIRM, 600 Travis Street, Suite 7500, Houston, TX 77002 within fourteen (14) days from the date of service of the subpoena, or at another mutually agreeable place, date, or time.

SEE ATTACHED: ATTACHED EXHIBIT "A"

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN, WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

DO NOT FAIL to return this writ to said Court, with return Thereon, showing manner of execution:

To attest witness my hand and seal of office, Friday, January 17, 2025.

Requested at the instance of: PLAINTIFF,
CHRISTOPHER J. LEAVITT,
State Bar No.24053318               /s/ Christopher J. Leavitt_____
THE BUZBEE LAW FIRM                An Attorney Authorized to practice in the
600 TRAVIS STREET, STE. 7500        State of Texas, as an Officer of the Court
HOUSTON, TX  77002
713-223-5393

Unofficial Copy Office of Marilyn Burgess District Clerk

OFFICER'S RETURN

Came to hand the _____ day of _____ 2025 at

_____ M., and executed by delivering a copy of this

Subpoena to the within-named _____

in person at _____

in _____ County, Texas, on the \_\_\_\_\_ day of _____

2025, at _____ M., and tendered to the witness a fee

of $1.00 in cash.

Not executed as to the witness _____ for the
following reasons:

_____

ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS
PER RULE 176.5 T.R.C.P OR SUBPOENA BY WITNESS
PER RULE 176.5 T.R.C.P.

By _____
Person who is not a party
and is not less than Eighteen
years of age.

I hereby accept service of                Address:
the attached subpoena and
will appear in said court on                  P O BOX 3796
said date and time directed                 HOUSTON, TX 77253-3796
in this subpoena.

_____
WITNESS

_____
DATE

PER RULE 176 T.R.C.P.

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NUMBER: 2025-00577

JOSE MALDONADO                           IN THE 190TH JUDICIAL DISTRICT COURT OF
                                         HARRIS COUNTY, TEXAS

VS.

MARCY BRYAN CROFT, ET AL.

EXHIBIT "A"

- Any and all communications with Marcy Croft or MJ Legal.

- Any and all text messages with Marcy Croft of MJ Legal.

- Any and all emails to or from Marcy Croft or MJ Legal.

- Any and all documents sent to or from Marcy Croft or MJ Legal.

- Any and all agreements between you and RocNation or any employee or representative of RocNation.

- Any and all communications with RocNation or any employee or representative of RocNation.

- Any and all text messages with RocNation or any employee or representative of RocNation.

- Any and all emails to or from RocNation or any employee or representative of RocNation.

- Any and all documents sent to or from RocNation or any employee or representative of RocNation.

- Any and all agreements between you and RocNation or any employee or representative of RocNation.

- Any and all information sent to any party regarding Cesar Garza since December 1, 2024.

THE STATE OF TEXAS

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE

SUBPOENA DUCES TECUM
PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 176 T.R.C.P.

CAUSE NUMBER: 2025-00577

JOSE MALDONADO                                    IN THE 190TH JUDICIAL DISTRICT COURT OF
                                                  HARRIS COUNTY, TEXAS
VS.

MARCY BRYAN CROFT, ET AL.

You are hereby commanded to summon Callan Marine, Ltd., by serving its Registered Agent INCORP
SERVICES INC., 815 Brazos Street Suite 500, Austin, TX 78701 to produce the following VIDEOS to THE
BUZBEE LAW FIRM, 600 Travis Street, Suite 7500, Houston, TX 77002 within fourteen (14) days from the
date of service of the subpoena, or at another mutually agreeable place, date, or time.

        SEE ATTACHED: ATTACHED EXHIBIT "A"

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT
PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT
COURT IN THE COUNTY IN, WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT,
OR BOTH.

DO NOT FAIL to return this writ to said Court, with return Thereon, showing manner of execution:

To attest witness my hand and seal of office, Friday, January 17, 2025.

Requested at the instance of: PLAINTIFF,
CHRISTOPHER J. LEAVITT,
State Bar No.24053318                    _/s/ Christopher J. Leavitt_____
THE BUZBEE LAW FIRM                      An Attorney Authorized to practice in the
600 TRAVIS STREET, STE. 7500             State of Texas, as an Officer of the Court
HOUSTON, TX  77002
713-223-5393

Unofficial Copy Office of Marilyn Burgess District Clerk

OFFICER'S RETURN

Came to hand the _____ day of _____ 2025 at

_____ M., and executed by delivering a copy of this

Subpoena to the within-named _____

in person at _____

in _____ County, Texas, on the _____ day of _____

2025, at _____ M., and tendered to the witness a fee

of $1.00 in cash.

Not executed as to the witness _____ for the
following reasons:

_____

ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS
PER RULE 176.5 T.R.C.P OR SUBPOENA BY WITNESS
PER RULE 176.5 T.R.C.P.

By _____
Person who is not a party
and is not less than Eighteen
years of age.

I hereby accept service of          Address:
the attached subpoena and
will appear in said court on            P O BOX 3796
said date and time directed            HOUSTON, TX 77253-3796
in this subpoena.

_____
WITNESS

_____
DATE

PER RULE 176 T.R.C.P.

JOSE MALDONADO
PLAINTIFF

VS.

IN THE 190TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS

MARCY BROWN CROFT, ET AL
DEFENDANT

## RETURN OF SERVICE

My name is **ANDREW SWATZELL**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A.

ON **Monday January 20, 2025 AT 11:10 AM -** , **SUBPOENA DUCES TECUM; EXHIBIT A; AND $1 WITNESS FEE** came to hand for service upon **CALLAN MARINE, LTD., BY SERVING ITS REGISTERED AGENT INCORP SERVICES INC.**.

On **Wednesday January 22, 2025** at **10:32 AM -** The above named documents were hand delivered to: **CALLAN MARINE, LTD., BY SERVING ITS REGISTERED AGENT INCORP SERVICES INC. @ 815 BRAZOS STREET SUITE 500, AUSTIN, TX 78701, in Person.** By delivering to Julie Strock, Intake Agent.

## FURTHER AFFIANT SAYETH NOT.

STATE OF TEXAS                                        DECLARATION

"My name is **ANDREW SWATZELL,** my date of birth is 11/24/1983 my business address is  1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A., and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Wednesday January 22, 2025**

**PSC#18592 EXP. 09/30/26**
Declarant; Appointed in accordance with State Statutes.

2025.01.974214

efile@courtrecords.com

**CAUSE NUMBER: 202500577**

| | |
|---|---|
| PLAINTIFF: MALDONADO, JOSE | In the 190th |
| vs. | Judicial District Court of |
| DEFENDANT: CROFT, MARCY BRYAN, ROC NATION, LLC, MJ LEGAL, PA, SANTIAGO, JESSICA, QUINN EMANUEL URQUHART & SULLIVAN, LLP | Harris County, Texas |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____. Executed at

(Address)_____

_____ in _____ County at o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this_____day of _____, 20___.

Fees $_____

_____                    By_____
              Affiant                                                                            Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___.

_____
                                                Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

**JOSE MALDONADO**
**PLAINTIFF**

**VS.**                                     **IN THE 190TH JUDICIAL DISTRICT**
                                            **COURT OF HARRIS COUNTY, TEXAS**

**MARCY BRYAN CROFT, ET AL.**
**DEFENDANT**

### RETURN OF SERVICE

My name is **ANDREW SWATZELL**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A.

ON **Thursday January 09, 2025 AT 04:19 PM - , TWO DUPLICATE COPIES OF CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY AND CONSPIRACY TO COMMITT BARRATRY; AND $55 JURISDICTIONAL FEE** came to hand for service upon **ROC NATION, LLC BY SERVING THE TEXAS SECRETARY OF STATE**.

On **Friday January 10, 2025** at **03:00 PM -** The above named documents were hand delivered to: **ROC NATION, LLC BY SERVING THE TEXAS SECRETARY OF STATE @ 1019 BRAZOS STREET**, **AUSTIN, TX 78701**, **in Person.** By delivering to Michelle Robinson, Authorized Person.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                              DECLARATION

"My name is **ANDREW SWATZELL,** my date of birth is 11/24/1983 my business address is  1108 Lavaca St Ste 110-549 , Austin  TX , 78701, U.S.A., and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Friday January 10, 2025**

**PSC#18592 EXP. 09/30/26**
Declarant; Appointed in accordance with State Statutes.

2025.01.971070

efile@courtrecords.com

## CAUSE NO. 2025-00577

| | | |
|---|---|---|
| **JOSE MALDONADO** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **MARCY BRYAN CROFT, ROC** | § | |
| **NATION LLC, MJ LEGAL, P.A.,** | § | |
| **JESSICA SANTIAGO, QUINN** | § | |
| **EMANUEL URQUHART & SULLIVAN,** | § | |
| **LLP** | § | |
| | § | |
| **Defendant.** | § | **190TH JUDICIAL DISTRICT** |
| | § | |

---

### DEFENDANT ROC NATION, LLC'S SPECIAL APPEARANCE, AND SUBJECT THERETO, ORIGINAL ANSWER AND GENERAL DENIAL AND AFFIRMATIVE DEFENSES

---

Pursuant to Texas Rule of Civil Procedure 120a, Defendant Roc Nation, LLC ("Roc Nation"), files this special appearance and objects to this Court's exercise of personal jurisdiction over it. This special appearance is made to the entirety of Plaintiff Jose Maldonado's ("Plaintiff") claims against Roc Nation and is filed before any plea, pleading, or motion filed by Roc Nation in this lawsuit. Subject thereto, Roc Nation further files this Original Answer and its Affirmative Defenses in response to Plaintiffs' Original Petition ("Petition"), and states the following:

#### SPECIAL APPEARANCE

1.  Texas Rule of Civil Procedure 120a allows a party to appear specially, without making a general appearance, to object to the Court's exercise of personal jurisdiction. Tex. R. Civ. P. 120a. A special appearance's purpose is to establish that a Texas court cannot—consistent with the U.S. and Texas constitutions and applicable Texas statutes—validly obtain jurisdiction

Unofficial Copy Office of Marilyn Burgess District Clerk

over the defendant's person or property. *GFTA Trendanalysen B.G.A. Herrdum GMBH & Co., K.G. v. Varme*, 991 S.W.2d 785, 786 (Tex. 1999).

**Personal Jurisdiction Standard**

2.     Texas courts may exercise personal jurisdiction over a nonresident defendant only if "(1) the Texas long-arm statute authorizes the exercise of jurisdiction, and (2) the exercise of jurisdiction is consistent with federal and state constitutional due-process guarantees." *Moki Mac River Expeditions v. Drugg*, 221 S.W.3d 569, 574 (Tex. 2007). Asserting personal jurisdiction over a nonresident defendant comports with due process when (1) the nonresident defendant has minimum contacts with the forum state; and (2) asserting jurisdiction comports with traditional notions of fair play and substantial justice. *Retamco Operating, Inc. v. Republic Drilling Co.*, 278 S.W.3d 333, 338 (Tex. 2009).

3.     A defendant establishes minimum contacts with a state when it "purposefully avails itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws." *Id.* A defendant's contacts may give rise to either general jurisdiction or specific jurisdiction. *Moncrief Oil Int'l Inc. v. OAO Gazprom*, 414 S.W.3d 142, 150 (Tex. 2013). Specific jurisdiction exists when the cause of action arises out of or relates to specific purposeful activities of the defendant in Texas. *Id*. The focus for specific jurisdiction is on the relationship between the forum, the defendant, and the litigation. *Id*. General jurisdiction exists when the defendant has made continuous and systematic contacts with the forum, such that the defendant is subject to jurisdiction even if the alleged liability does not arise from or relate to those contacts. *BMC Software Belgium, N.V. v. Marchand*, 83 S.W.3d 789, 795 (Tex. 2002).

4.     The plaintiff and the defendant bear shifting burdens of proof in a challenge to personal jurisdiction: the plaintiff bears the initial burden to plead sufficient allegations to bring

#515606994_v5

the nonresident defendant within the reach of Texas's long-arm statute; once the plaintiff has pleaded sufficient jurisdictional allegations, the defendant filing a special appearance bears the burden to negate all bases of personal jurisdiction alleged by the plaintiff, and because the plaintiff defines the scope and nature of the lawsuit, the defendant's corresponding burden to negate jurisdiction is tied to the allegations in the plaintiff's pleading. *Kelly v. Gen. Interior Const., Inc*., 301 S.W.3d 653 (Tex. 2010).

### ARGUMENTS AND AUTHORITIES

5.      This Court lacks personal jurisdiction over Roc Nation for three reasons. *First*, there is no general jurisdiction because Roc Nation—a record label, talent agency, and media production firm—headquartered in New York City, New York, cannot be considered "at home" in Texas.[1]  *Second*, there is no specific jurisdiction over Roc Nation because Plaintiff cannot establish that Roc Nation purposefully availed itself of conducting activities in Texas or that Plaintiff's cause(s) of action arise out of any specific purposeful activities of Roc Nation in Texas. *Third*, exercising personal jurisdiction over Roc Nation would offend the notions of fair play and substantial justice.  For these reasons, the Court should grant this special appearance and dismiss this case.

**There is no general jurisdiction over Roc Nation.**

6.      General jurisdiction exists when the defendant has made continuous and systematic contacts, such that the forum may exercise jurisdiction over the defendant even if the alleged liability does not arise from or relate to those contacts.  *BMC Software*, 83 S.W.3d at 795. Under this standard, a defendant's affiliations with the forum state must be so continuous and systematic as to render that defendant essentially "at home" in the forum state.  *See Daimler AG v. Bauman*,

---

[1] Roc Nation is a limited liability company organized under the State of Delaware.

#515606994_v5

571 U.S. 117, 137 (2014). A court may exercise general jurisdiction over a defendant company if the company was organized under the law of the forum state or has its principal place of business there. *Ascentium Capital LLC v. Hi-Tech the School of Cosmetology Corp.*, 558 S.W.3d 824, 828 (Tex. App.—Houston [14th Dist.] 2018).

7.      Under these principles, Roc Nation is not "at home" in Texas and is therefore not subject to general personal jurisdiction here.  Roc Nation does not reside in Texas.  Roc Nation is a record label, talent agency, and media production firm headquartered in New York City. Roc Nation does not have any locations or offices in Texas nor does it continuously and systematically conduct business in Texas. *See* Declaration of Candice Davis attached as **Exhibit A**. Roc Nation has never had a mailing address or telephone number in Texas. *See* **Ex. A**. Roc Nation has never maintained a savings and loan association or bank account in Texas. *See* **Ex. A**. Roc Nation has never owned, leased, rented, or controlled any real or personal property in Texas. *See* **Ex. A**.

8.      Simply put, Roc Nation lacks sufficient contacts with Texas for the Court to exercise general jurisdiction over it.

**There is no specific jurisdiction over Roc Nation.**

9.      This Court also lacks specific jurisdiction over Roc Nation.  Specific jurisdiction exists when (1) the defendant purposefully avails itself of conducting activities in the forum state, and (2) the cause of action arises out of or relates to specific purposeful activities of the defendant in Texas.  *Moncrief*, 414 S.W.3d at 150.  To resolve the first prong of the specific-jurisdiction analysis, courts consider:

(1)     the ***defendant's*** actions, but not the unilateral activity of another party;

(2)     whether the defendant's actions were purposeful rather than "random, fortuitous, or attenuated;" and

(3)     whether the defendant sought "some benefit, advantage, or profit by availing itself of Texas's jurisdiction."

*State v. Volkswagen Aktiengesellschaft*, 669 S.W.3d 399, 413–14 (Tex. 2023)(cleaned up).

10.     Applying these standards here, specific jurisdiction is lacking due to Plaintiff's failure to identify facts that would give rise to specific jurisdiction. Again, it is a plaintiff's initial burden to establish facts that would give rise to jurisdiction over a defendant.

11.     As mentioned above, Roc Nation does not have any locations in Texas. *See* **Ex. A**. For a trial court to have specific jurisdiction over a defendant, the cause of action must arise out of or relate to the defendant's contact with the forum state. *Nat'l Indus. Sand Ass'n v. Gibson*, 897 S.W.2d 769, 772 (Tex. 1995). Here, there is an absence of any evidence of Roc Nation's alleged conspiratorial acts in, or directed to, Texas.

12.     Plaintiff's only allegation against Roc Nation is that it is allegedly financing a what appears to be a fabricated "conspiracy" against the Buzbee Law Firm with the other named Defendants in this lawsuit. Importantly, Plaintiff does not allege Roc Nation to have any other type of involvement in the so-called conspiracy other than providing funding to the other Defendants.  Plaintiff does not allege that Roc Nation made any contact whatsoever with Plaintiff, the Buzbee Law Firm, or any of the Buzbee Law Firm's former or current clients. And in fact, Roc Nation does not have any knowledge regarding who the Plaintiff is other than the fact that Plaintiff sued Roc Nation. *See* **Ex. A** In this way, Plaintiff fails to show that Roc Nation purposefully directed any activity to Texas specifically. It is black letter law that personal jurisdiction may not be asserted over a nonresident defendant based solely upon effects or consequences of an alleged conspiracy with  a resident in the forum state. *Gibson*, 897 S.W.2d 769. "A nonresident's alleged conspiracy with a Texas resident does not confer personal jurisdiction over the nonresident in Texas." *M & F Worldwide Corp. v. Pepsi-Cola Metro. Bottling Co., Inc.*, 512 S.W.3d 878, 887 (Tex. 2017).

5

13.     In *Gibson,* the Texas Supreme Court discussed the theory that the exercise of long-arm jurisdiction based on conspiracy rests on the concept that acts of conspirators within the state in furtherance of the conspiracy are attributable to co-conspirators outside of the state, but concluded that jurisdiction over the out-of-state defendant must rest not on a conceptual device but on a finding that the non-resident, through his relationship with another, has purposely availed himself of the privilege of conducting activities within the forum state. *Gibson*, 897 S.W.2d 773 (citing Althouse *The Use of Conspiracy Theory to Establish In Personam Jurisdiction: A Due Process Analysis,* 52 Fordham L.Rev. 234, 252 (1983)). Due process will not permit a plaintiff to use insignificant acts in the forum to assert jurisdiction over all co-conspirators. *Gibson,* 897 S.W.2d at 773; Althouse at 246. In *Gibson*, the Texas Supreme Court declined to recognize the assertion of personal jurisdiction over a nonresident defendant based solely upon the effects or consequences of an alleged conspiracy with a resident in the forum state. *Gibson,* 897 S.W.2d at 773. Here, given what appears to be a fictitious conspiracy, there is even less reason for personal jurisdiction against Roc Nation.

14.     To be clear, Roc Nation denies the allegations as flat out lies.  As such, it should come as no surprise that there is no substance to the alleged conspiracy. Even in spinning the yarn of a fictitious conspiracy, Plaintiff makes no allegations that Roc Nation travelled to Texas to plan the alleged conspiracy, itself solicited or contacted Plaintiff, sent funds to any Texas bank accounts, or actually took any action *at all* in the State of Texas. In sum, Plaintiff failed to meet his burden of establishing personal jurisdiction as it relates to Roc Nation.

**Traditional Notions of Fair Play and Substantial Justice.**

15.     Exercising personal jurisdiction over Roc Nation would offend traditional notions of fair play and substantial justice for the reasons set forth above.  *Int'l Shoe Co. v.*

*Washington,* 326 U.S. 310 (1945); *Guardian Royal Exchange Assurance Co. v. English China Clays*, 815 S.W.2d 223 (Tex. 1991). Because Plaintiff cannot establish that Roc Nation has minimum contacts with Texas, Roc Nation is not subject to personal jurisdiction and should be dismissed from this lawsuit. All further pleadings in this instrument are expressly made subject to and without waiving this special appearance.

## GENERAL DENIAL

16.     In accordance with the rights granted to Roc Nation by Rule 92 of the Texas Rules of Civil Procedure, Roc Nation generally denies each and every material allegation contained in the Petition and demands that Plaintiff be required to prove his charges and allegations against Roc Nation as required by the Constitution and the laws of the State of Texas.

## ROC NATION'S AFFIRMATIVE DEFENSES

17.     Plaintiff's claims are barred because he suffered no damages as a result of the conduct alleged in the Original Petition.

18.     Plaintiff's claims may be barred in whole or in part by the doctrine of unclean hands.

19.     If Plaintiff suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of others, and not by Roc Nation.

20.     Plaintiff's claims against Roc Nation fail to the extent Plaintiff seeks to hold Roc Nation liable, vicariously or otherwise, for the acts or omissions of others over whom or which Roc Nation exercised no control and for whom Roc Nation is not legally responsible.

21.     Plaintiff's claims are barred, in whole in part, because Plaintiff's own acts or omissions caused any and all injuries and damages allegedly suffered by Plaintiff.

#515606994_v5

22. Plaintiff failed to exercise the degree of care of an ordinary person under the same or similar circumstances, which failure proximately caused or contributed to any alleged injuries or damages sustained and any such alleged injuries or damages should be barred or reduced proportionally.

23. Roc Nation specifically denies that any alleged acts or omissions of Roc Nation would justify any claim for exemplary or punitive damages, asserts that exemplary and/or punitive damages are improper, and asserts that an award of punitive damages would be in violation of the due process of law and of the Constitutions of the United States and the State of Texas. In the alternative, Roc Nation invokes the applicable exemplary damages limit or exclusion under Section 41.008 of the Texas Civil Practice and Remedies Code.

24. Plaintiff cannot recover exemplary or punitive damages from Roc Nation, because there is no evidence of fraud, malice, gross negligence, or other conduct by Roc Nation that would support an award of exemplary damages.

25. Roc Nation reserves the right to raise additional or different defenses that may be discovered during the course of these proceedings.

## PRAYER

WHEREFORE, Defendant, Roc Nation LLC, prays the Court grant its special appearance and dismiss all claims against it. Subject to its Special Appearance, Roc Nation prays the Court denies Plaintiff's Original Petition and enters judgment in favor of Roc Nation, and grant Roc Nation such other and further relief as the Court deems just and proper.

#515606994_v5

Dated: January 27, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ L. Bradley Hancock*
L. Bradley Hancock
Texas Bar No. 00798238
brad.hancock@hklaw.com
Megan Schmid
Texas Bar No. 24074383
megan.schmid@hklaw.com
Maria Gil
Texas Bar No. 24120848
maria.gil@hklaw.com
811 Main Street, Suite 2500
Houston, TX 77002
Phone: (713) 821-7000
Fax: (713) 821-7001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all known counsel of record via electronic filing on January 27, 2025.

By: */s/ L. Bradley Hancock*
L. Bradley Hancock

#515606994_v5

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Miranda on behalf of L. Bradley Hancock
Bar No. 798238
diana.miranda@hklaw.com
Envelope ID: 96626184
Filing Code Description: No Fee Documents
Filing Description: Defendant Roc Nation, LLC's Special Appearance and Subject Thereto, Original Answer and General Denial and Affirmative Defenses
Status as of 1/27/2025 1:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Salto | | jsalto@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| Christopher Leavitt | | cleavitt@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| Robert H.Ford | | rford@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Angela Davis | | adavis@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Colby Holler | | CHoller@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| Mia Brown | | mtbrown@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Michael Williams | | mcwilliams@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Latisha Horn | | lhorn@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Lauren Black | | lblack@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Leticia De La Cruz | | ledelacruz@txattorneys.com | 1/27/2025 11:42:33 AM | ERROR |
| Mary GraceWhitten | | mwhitten@bradley.com | 1/27/2025 11:42:33 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| Buzbee Law Firm | | efiling@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| Lionel Sims | | Lsims@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| David C.Fortney | | dfortney@txattorneys.com | 1/27/2025 11:42:33 AM | SENT |
| Lawrence  BradHancock | | brad.hancock@hklaw.com | 1/27/2025 11:42:33 AM | SENT |
| Megan Schmid | | Megan.Schmid@hklaw.com | 1/27/2025 11:42:33 AM | SENT |
| Diana Miranda | | diana.miranda@hklaw.com | 1/27/2025 11:42:33 AM | SENT |
| Joyce Schmutzer | | joyce.schmutzer@hklaw.com | 1/27/2025 11:42:33 AM | SENT |
| Maria Gil | | Maria.Gil@hklaw.com | 1/27/2025 11:42:33 AM | SENT |
| Angela Smith | | angela.smith2@hklaw.com | 1/27/2025 11:42:33 AM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT A

Unofficial Copy Office of Marilyn Burgess District Clerk

Docusign Envelope ID: 150F58C9-43EA-4CC3-A7AC-36B75B6F7A8D



CAUSE NO. 2025-00577

| | | |
|---|---|---|
| JOSE MALDONADO | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| MARCY BRYAN CROFT, ROC | § | |
| NATION LLC, MJ LEGAL, P.A., | § | |
| JESSICA SANTIAGO, QUINN | § | |
| EMANUEL URQUHART & SULLIVAN, | § | |
| LLP | § | |
| | § | |
| **Defendant.** | § | 190TH JUDICIAL DISTRICT |
| | § | |

## DECLARATION IN SUPPORT OF DEFENDANT
## ROC NATION LLC'S SPECIAL APPEARANCE

1.      My name is  Candice Davis. I am the Office Manager of Roc Nation, LLC. ("Roc

Nation"). I have held this position at Roc Nation since January 2021. I am more than 21 years of

age, am of sound mind, and am otherwise competent to make this declaration. I have never been

convicted of a felony or other crime involving moral turpitude. I have personal knowledge of the

facts stated in this declaration, and all statements contained herein are true and correct. I submit

this declaration in support of Roc Nation's Special Appearance and General Denial.

2.      I have read the Special Appearance, and all the facts asserted therein are true and

correct to the best of my knowledge.

3.      Roc Nation is a record label, talent agency, and media production firm

headquartered in New York City, New York.

4.     Roc Nation is a limited liability company organized in Delaware with its principal place of business in New York City, New York. Roc Nation is not registered to do business in the State of Texas.

5.     Roc Nation does not operate in Texas and has never had any physical locations or offices in Texas.

6.     Roc Nation has never had a mailing address or telephone number in Texas.

7.     Roc Nation  has never maintained a savings and loan association or bank account in Texas.

8.     Roc Nation has never owned, leased, rented, or controlled any real or personal property in Texas.

9.     Roc Nation is not "at home" in the State of Texas. Any affiliations Roc Nation may have with the State of Texas are isolated, intermittent, and insubstantial (i.e., not continuous and not systematic).

10.     Roc Nation does not have any knowledge regarding who the Plaintiff, Jose Maldonado, is other than the fact that Mr. Maldonado sued Roc Nation.

11.     Roc Nation has never contacted Mr. Maldonado.

12.     Roc Nation never directed anyone else to contact Mr. Maldonado.

My date of birth is March 16, 1979 and my business address is 540 West 26th Street, New York, New York 10001. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York  County, State of New York, on the 27th day of January, 2025.

Candice Davis

Candice Davis

2

## CAUSE NO. 2025-00577

| | | |
|---|---|---|
| JOSE MALDONADO, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARCY BRYAN CROFT, ROC | § | |
| NATION, LLC, MJ LEGAL, P.A., | § | |
| JESSICA SANTIAGO, QUINN | § | |
| EMANUEL URQUHART & | § | 190th JUDICIAL DISTRICT |
| SULLIVAN, LLP, | § | |
| | § | |
| *Defendants.* | § | |

### QUINN EMANUEL URQUHART & SULLIVAN, LLP'S
### ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
### TO PLAINTIFF JOSE MALDONADO'S ORIGINAL PETITION

Defendant Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel")
hereby files its Original Answer and Affirmative Defenses to Plaintiff Jose
Maldonado's Original Petition.

## I.
## GENERAL DENIAL

1.    In accordance with Texas Rule of Civil Procedure 92, Quinn Emanuel
generally denies each and every charge and allegation set forth in Plaintiff's Original
Petition. Quinn Emanuel respectfully prays that Plaintiff be required to prove the
claims and allegations asserted against Quinn Emanuel in this lawsuit by a

QUINN EMANUEL URQUHART & SULLIVAN, LLP'S
ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF JOSE MALDONADO'S ORIGINAL PETITION

PAGE 1

preponderance of the evidence or such higher standard as may be applicable, as required by the Constitution and the laws of the State of Texas.

2.    Quinn Emanuel reserves the right to amend or supplement this Answer in accordance with the Texas Rules of Civil Procedure and/or any scheduling order that the Court has entered or may enter in this lawsuit.

## II.
### AFFIRMATIVE DEFENSES

3.    In response to the claims asserted by Plaintiff in its Original Petition, and pursuant to Rule 94 of the Texas Rules of Civil Procedure, together with Texas Civil Practice and Remedies Code Section 33.004(j), Quinn Emanuel asserts that one or more John Doe(s) is or are responsible third part(ies), on the grounds that their alleged criminal, negligent, and/or other wrongful conduct was the sole and proximate cause of the alleged injuries or loss alleged in Plaintiff's live pleadings.[1] *See* TEX. CIV. PRAC. & REM. CODE §§ 33.004(j), 33.011(6).

4.    In addition, and without waiver of prior or subsequent defenses, Quinn Emanuel asserts the following affirmative defenses and/or matters in avoidance in this lawsuit and reserves the right to add to, supplement, or amend same in

---

[1] For the avoidance of doubt, Quinn Emanuel does not concede Plaintiff's allegation that any criminal activity, negligent, or wrongful conduct occurred, or that Plaintiff has suffered any injuries or loss as a result of any alleged criminal activity, negligent, or wrongful conduct as alleged in its petition.

accordance with the Texas Rules of Civil Procedure and/or any scheduling order that the Court has entered or may enter in this lawsuit:

a. Plaintiff's claims are barred by virtue of Plaintiff's unclean hands.

b. Plaintiff's claims are barred by virtue of Plaintiff's fraud.

c. Plaintiff's claims are barred by virtue of the doctrine of illegality.

d. Plaintiff's claims are barred by virtue Plaintiff's own and/or contributory negligence.

e. Plaintiff's claims are barred or limited by Plaintiff's own conduct, which was the cause of Plaintiff's alleged damages, if any.

f. Plaintiff's claims are barred due to Plaintiff's failure to mitigate its damages, if any.

g. Plaintiff's claims are barred and/or limited by virtue of the fact that the alleged negligence and/or intentional conduct of one or more responsible third parties, over whom Quinn Emanuel possessed no right to control, was the cause of Plaintiff's alleged damages, if any.

h. Plaintiff's claims are barred, in whole or in part, by the attorney-immunity doctrine.

i. Plaintiff's claims are barred, in whole or in part, by the judicial-proceedings privilege.

j. Plaintiff's claims are barred, in whole or in part, because Plaintiff is not entitled to recover in the capacity in which it sues and/or Quinn Emanuel is not liable in the capacity in which it is sued.

k. Plaintiff's claims are barred by virtue of the doctrine of new and independent cause.

l. Quinn Emanuel further asserts the defenses of comparative liability and contribution pursuant to Chapter 33 of the Texas Civil Practice and

QUINN EMANUEL URQUHART & SULLIVAN, LLP'S
ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF JOSE MALDONADO'S ORIGINAL PETITION

PAGE 3

Remedies Code or such equal or higher standards as may be available. Quinn Emanuel asks that the trier of fact be directed to compare and assign percentages of responsibility to the parties, any settling defendants, and any relevant third parties (including those discussed in paragraph 3, *supra*). Quinn Emanuel further asks that any judgment rendered in connection with this lawsuit be done so pursuant to the rights of contribution accorded Quinn Emanuel, including but not limited to those set forth in Chapter 33 of the Texas Civil Practice and Remedies Code. Quinn Emanuel similarly reserves its right to make an election under Sections 33.012 and/or 33.013 of the Texas Civil Practice and Remedies Code, including with respect to settlements made by any parties to this lawsuit, any settling defendants, and/or any relevant third parties (including those discussed in paragraph 3, *supra*).

m. Quinn Emanuel asserts that Plaintiff's claims are barred by the doctrine of waiver and/or estoppel.

n. Quinn Emanuel asserts that Plaintiff's claims are barred, in whole or in part, by limitations.

o. Quinn Emanuel asserts that Plaintiff's claims are barred by laches.

p. Quinn Emanuel asserts that it is entitled to an offset, setoff, and/or credit against Plaintiff's damages recovered in connection with its claims, if any.

q. Quinn Emanuel posits that Plaintiff is not entitled to recover exemplary damages from Quinn Emanuel, including because it cannot show any damages caused by the willful act(s), willful omission(s), or gross negligence of Quinn Emanuel.

5.  Again, Quinn Emanuel asserts the aforementioned affirmative defenses and/or matters of avoidance in the alternative, and without waiver to one another. Moreover, Quinn Emanuel reserves the right to amend this pleading to withdraw or add one or more affirmative defenses and/or matters of avoidance as necessary.

## III.
## RULE 193.7 NOTICE

6.     Quinn Emanuel hereby gives notice to Plaintiff that any and all documents produced in response to written discovery may be used against it at any pretrial proceeding and/or at trial of this matter, without the necessity of authenticating the documents.

## IV.
## TEXAS RULE OF EVIDENCE 609(F) REQUEST FOR NOTICE

7.     Pursuant to Texas Rule of Evidence 609(f), Quinn Emanuel hereby requests that Plaintiff and any other party added to this lawsuit each provide sufficient written notice of their intent to introduce into evidence (or otherwise use) the criminal conviction of any individual whom Quinn Emanuel identifies as someone Quinn Emanuel may or will call as a witness in this matter.

## V.
## CONCLUSION AND PRAYER

Defendant Quinn Emanuel Urquhart & Sullivan, LLP respectfully prays that the Court deny Plaintiff's prayer for relief in all respects and dismiss any and all claims against it with prejudice.  Quinn Emanuel also prays for any and all additional relief to which it may show itself justly entitled, either a law or in equity.

**Dated: January 27, 2025**

*Respectfully Submitted,*

**Bradley**

By: /s/ Robert H. Ford
Robert H. Ford
TX State Bar No. 24074219
rford@bradley.com
Michael C. Williams
Texas Bar No. 24139101
mcwilliams@bradley.com
Lauren Black
Texas State Bar No. 24078979
lblack@bradley.com
Mary Grace Whitten
TX State Bar No. 24143519
mwhitten@bradley.com
BRADLEY ARANT BOULT CUMMINGS, LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier

**ATTORNEYS FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP**

## CERTIFICATE OF SERVICE

I certify, pursuant to the Texas Rules of Civil Procedure, that a true and correct copy of the foregoing has been served on all counsel of record for all parties on this the 27th day of January, 2025, via the Court's e-Filing system.

/s/ Robert H. Ford
Robert H. Ford

QUINN EMANUEL URQUHART & SULLIVAN, LLP'S
ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF JOSE MALDONADO'S ORIGINAL PETITION

PAGE 6

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Davis on behalf of Robert Ford
Bar No. 24074219
adavis@bradley.com
Envelope ID: 96621944
Filing Code Description: Answer/ Response / Waiver
Filing Description: Quinn Emanuels Original Answer and Affirmative Defenses to Plaintiff Maldonados Original Petition
Status as of 1/27/2025 11:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Salto | | jsalto@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| Christopher Leavitt | | cleavitt@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| Buzbee Law Firm | | efiling@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| Colby Holler | | CHoller@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| Lionel Sims | | Lsims@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| David C.Fortney | | dfortney@txattorneys.com | 1/27/2025 11:00:33 AM | SENT |
| Robert H.Ford | | rford@bradley.com | 1/27/2025 11:00:33 AM | SENT |
| Michael Williams | | mcwilliams@bradley.com | 1/27/2025 11:00:33 AM | SENT |
| Leticia De La Cruz | | ledelacruz@txattorneys.com | 1/27/2025 11:00:33 AM | ERROR |
| Lauren Black | | lblack@bradley.com | 1/27/2025 11:00:33 AM | SENT |
| Mary GraceWhitten | | mwhitten@bradley.com | 1/27/2025 11:00:33 AM | SENT |
| Latisha Horn | | lhorn@bradley.com | 1/27/2025 11:00:33 AM | SENT |
| Angela Davis | | adavis@bradley.com | 1/27/2025 11:00:33 AM | SENT |
| Mia Brown | | mtbrown@bradley.com | 1/27/2025 11:00:33 AM | SENT |

Unofficial Copy of Marilyn Burgess District Clerk

Cause No. 2025-00577

| | | |
|---|---|---|
| JOSE MALDONADO | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARCY BRYAN CROFT, ROC NATION, | § | |
| LLC, MJ LEGAL, P.A., JESSICA | § | |
| SANTIAGO, QUINN EMANUEL | § | 190th JUDICIAL DISTRICT |
| URQUHART & SULLIVAN, LLP, | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS MARCY BRYAN CROFT & MJ LEGAL, P.A.'S ANSWER, SPECIAL EXCEPTIONS, & AFFIRMATIVE DEFENSES

Defendants Marcy Bryan Croft and MJ Legal, P.A. (collectively, the "Croft Defendants") generally answer and raise special exceptions and affirmative defenses to Plaintiff Jose Maldonado's Original Petition.

## ORIGINAL ANSWER

Under Texas Rule of Civil Procedure 92, the Croft Defendants generally deny each and every material allegation contained in Plaintiff's petition and state that Plaintiff should be required to prove his allegations by a preponderance of the evidence as required by law.

## AFFIRMATIVE DEFENSES

Under Texas Rule of Civil Procedure 94, the Croft Defendants set forth affirmatively the following matters constituting an avoidance or an affirmative defense:

1) Plaintiff's claims against the Croft Defendants are barred because Plaintiff's injuries, if any, occurred as the proximate result of some independent, intervening cause, or some new and independent cause, that the Croft Defendants could not reasonably have foreseen and over which the Croft Defendants did not exercise authority or control.

2) Plaintiff's claims against the Croft Defendants are barred by the First Amendment because they implicate the Croft Defendants' freedom of association.

3) Plaintiff's claims against the Croft Defendants are barred by the Texas Citizens' Participation Act. *See generally* Tex. Civ. Prac. & Rem. Code § 27.003

The Croft Defendants reserve the right to assert such other and further matters constituting an avoidance or an affirmative defense as may be revealed in further discovery and/or investigation in this action.

<u>**SPECIAL EXCEPTIONS**</u>

The Croft Defendants file these special exceptions under Texas Rule of Civil Procedure 91 to identify defects in the petition.

**First**, the petition fails to comply with Texas Rule of Civil Procedure 47(c), which requires Plaintiff state with specificity that he seeks one of the following:

1.  Only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs;

2.  Monetary relief of $250,000 or less and non-monetary relief;

3.  Monetary relief over $250,000 but not more than $1,000,000;

4.  monetary relief over $1,000,000; or

5.  Only non-monetary relief.

Plaintiff's petition contains no such specific language, instead requesting "injunctive relief and monetary relief over $100,000." Pet. at 9.

**Second**, the petition fails to plead the elements of Plaintiff's barratry claim because there is no allegation that the Croft Defendants solicited employment or offered to pay a prospective client with "intent to obtain an economic benefit" or that the Croft Defendants "knowingly finance[d]" the commission of an offense under section 38.12(a) of the Texas Penal Code.

**Third**, the petition fails to plead the elements of Plaintiff's conspiracy claim because it does not adequately allege a "meeting of the minds" as required by Texas law.

**PRAYER**

For all of these reasons, the Croft Defendants ask the Court to sustain their Special Exceptions. The Croft Defendants also request that their Original Answer be deemed good and sufficient and that the Court order that all Plaintiff's requested relief be denied with prejudice, that all costs and court and legal fees be taxed against Plaintiff, and that the Croft Defendants be

awarded all such other and further relief, legal, equitable, general, or special, to which they may justly be entitled.

Dated: January 27, 2025

Respectfully submitted,

*/s/ Gregg J. Costa*
Gregg J. Costa
 State Bar No. 24028160
Sydney A. Scott
 State Bar No. 24088379
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
gcosta@gibsondunn.com
sascott@gibsondunn.com

Reed Brodsky (*pro hac vice* application forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
rbrodsky@gibsondunn.com

**ATTORNEYS FOR DEFENDANTS MARCY BRYAN CROFT & MJ LEGAL, P.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2025, the foregoing document was filed and served on all counsel of record by electronic case filing in accordance with the Texas Rules of Civil Procedure.

/s/ Gregg J. Costa
GREGG J. COSTA

# Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Stefanie Beach on behalf of Gregg Costa
Bar No. 24028160
SBeach@gibsondunn.com
Envelope ID: 96660004
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants Marcy Bryan Croft and MJ Legal, P.A.'s
Answer, Special Exceptions, and Affirmative Defenses
Status as of 1/28/2025 9:37 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Salto | | jsalto@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| Lawrence  BradHancock | | brad.hancock@hklaw.com | 1/27/2025 6:25:16 PM | SENT |
| Diana Miranda | | diana.miranda@hklaw.com | 1/27/2025 6:25:16 PM | SENT |
| Christopher Leavitt | | cleavitt@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| Angela Smith | | angela.smith2@hklaw.com | 1/27/2025 6:25:16 PM | SENT |
| Robert H.Ford | | rford@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| Angela Davis | | adavis@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| Colby Holler | | CHoller@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| Mia Brown | | mtbrown@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| Michael Williams | | mcwilliams@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| Latisha Horn | | lhorn@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| Lauren Black | | lblack@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| Mary GraceWhitten | | mwhitten@bradley.com | 1/27/2025 6:25:16 PM | SENT |
| David C.Fortney | | dfortney@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| Leticia De La Cruz | | ledelacruz@txattorneys.com | 1/27/2025 6:25:16 PM | ERROR |
| Buzbee Law Firm | | efiling@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| Lionel Sims | | Lsims@txattorneys.com | 1/27/2025 6:25:16 PM | SENT |
| TX-MAO TX-MAO | | pacer-tx@gibsondunn.com | 1/27/2025 6:25:16 PM | SENT |
| Johanna Smith | | JESmith@gibsondunn.com | 1/27/2025 6:25:16 PM | SENT |
| Gregg Costa | | GCosta@gibsondunn.com | 1/27/2025 6:25:16 PM | SENT |
| Joyce Schmutzer | | joyce.schmutzer@hklaw.com | 1/27/2025 6:25:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stefanie Beach on behalf of Gregg Costa
Bar No. 24028160
SBeach@gibsondunn.com
Envelope ID: 96660004
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Answer, Special Exceptions, and Affirmative Defenses
Status as of 1/28/2025 9:37 AM CST

Case Contacts

| Joyce Schmutzer | | joyce.schmutzer@hklaw.com | 1/27/2025 6:25:16 PM | SENT |
|---|---|---|---|---|
| Maria Gil | | Maria.Gil@hklaw.com | 1/27/2025 6:25:16 PM | SENT |
| Megan Schmid | | Megan.Schmid@hklaw.com | 1/27/2025 6:25:16 PM | SENT |
| Johanna Smith | | JESmith@gibsondunn.com | 1/27/2025 6:25:16 PM | SENT |
| Gregg Costa | | GCosta@gibsondunn.com | 1/27/2025 6:25:16 PM | SENT |